**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

John Michael Gill

    v.                                             Civil No. 13-cv-494-SM

United States Social Security Administration
Acting Commissioner

**O R D E R**

Pro se claimant John Michael Gill has filed an action challenging an adverse decision of the Social Security Administration ("SSA"), pursuant to 42 U.S.C. § 405(g). Because Gill is proceeding pro se and in forma pauperis, the matter is before the court for preliminary review. See 28 U.S.C. § 1915(e)(2); United States District Court District of New Hampshire Local Rule ("LR") 4.3(d)(1)(B).

Discussion

Gill is seeking judicial review of an adverse SSA decision. Gill has demonstrated that he filed this action within the time allowed for seeking judicial review of a final decision of the SSA Commissioner on his claim. See 42 U.S.C. § 405(g). Accordingly, the matter may proceed at this time.

## Conclusion

The complaint (doc. no. 1) shall be served upon defendant. See Fed. R. Civ. P. 4(c)(3).  The clerk's office is directed to complete and issue the necessary summonses to (1) the United States Attorney for the District of New Hampshire; (2) the Attorney General of the United States; (3) Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, and (4) the Office of the Regional Chief Counsel, Region 1, Social Security Administration, JFK Federal Bldg., Rm. 625, Boston, MA 02203-0002, and then forward to those entities, by certified mail, return receipt requested, the summonses, along with a copy of the complaint (doc. no. 1), and this order.  See Fed. R. Civ. P. 4(i)(2); 20 C.F.R. § 423.1(a); SSA GN 03106.020, available at https://secure.ssa.gov/apps10/poms.nsf/links/0203106020.

Defendant is instructed to answer or otherwise plead within 60 days of service, see Fed. R. Civ. P. 12(a)(2), and to file the certified administrative record, in accordance with 42 U.S.C. § 405(g) and LR 9.1.

The parties shall comply with all applicable rules thereafter, including LR 9.1, concerning social security cases filed in this court.

Gill is instructed that all future pleadings, written motions, notices, or similar papers shall be served directly on the defendant by delivering or mailing the materials to defendant or defendant's attorney(s), pursuant to Fed. R. Civ. P. 5(b).

**SO ORDERED.**

_____
Landya B. McCafferty
United States Magistrate Judge

November 22 , 2013

cc: John Michael Gill, pro se

LBM:nmd